**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| SANTIAGO BENITO CABALLERO CANO, )<br><br>    Petitioner, )<br><br>    v. )<br><br>CHRISTOPHER BULLOCK, Field Office )<br>Director of U.S. Immigration and Customs )<br>Enforcement, New Orlean Field Office, )<br><br>    Respondent. ) | No. 2:26-cv-02761-SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 2), filed June 26, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 9), filed July 13, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 30, 2026
Date